IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, ALYSSA BIANCA CABRAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALYSSA BIANCA CABRAL,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendants. | Case No.: CV 11-06482<br><br>ORDER<br>AWARDING EAJA FEES<br><br>NOTE: Changes made by this Court<br><br>HON. VICTOR B. KENTON<br><br>UNITED STATES MAGISTRATE JUDGE |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND THREE HUNDRED DOLLARS ($3,300.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Corrected Stipulation.

DATED: ___May 11, 2012____

                                  _____/s/_____
                                  HON. VICTOR B. KENTON
                                  U.S. MAGISTRATE JUDGE